## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50170 | **DATE** | 11/24/2008 |
| **CASE TITLE** | Farrell vs. Rock Valley College | | |

**DOCKET ENTRY TEXT:**

Pursuant to the joint motion to dismiss with prejudice filed by the parties, this case is dismissed in its entirety with prejudice.

*Philip G. Reinhard*

Electronic Notices

| | Courtroom Deputy Initials: | Sec |
|---|---|---|